ROBERT J. BLUM, as Assignee for the Benefit of Creditors of FREY & HORGAN CORPORATION, Respondent, *v.* FRESH GROWN PRESERVE CORPORATION, Appellant.

Submitted April 5, 1943; decided April 22, 1943.

*Robert J. Blum,* in person, for motion.
*Isador Goetz* opposed.

Motion denied with leave to renew upon proof that no judgment has been entered in the office of the Clerk of the County upon the decision of the Appellate Division before the notice of appeal was served. If such judgment has been entered, errors in description may be disregarded. (See 290 N. Y. 857.)